■ In the Matter of BELLA GERTNER against LEFFERT HOLZ, as Superintendent of the Department of Insurance of the State of New York.— Motion for an order reversing the order of the Supreme Court, New York County, entered on December 18, 1957, denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of 455 W. 42ND ST. CORP. against NEW YORK STATE LIQUOR AUTHORITY.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the General Assignment for the Benefit of Creditors of VOGUE PLEATING & EMBROIDERY CO., INC. to ABRAHAM H. GEFFNER.— Motion for leave to reargue motion No. 59 (9 A D 2d 748) of November 17, 1959 granted only insofar as to dispense with printing of the exhibits on condition that the original exhibits or true copies thereof are filed with the clerk of the court on the Wednesday preceding the day for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT SCOTT.— Motion for leave to appeal as a poor person granted, insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq. of 100 Centre Street, New York, N. Y. is assigned as counsel for the appellant for the purposes of appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH FRECCIA, JR.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Incorporation of the NEW YORK BRAVES BASEBALL CLUB, INC. IRWIN BUSH, Petitioner.— Application for approval of a certificate of incorporation denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of ANTONIO GROTTANO against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York.— Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARIO J. CARIELLO et al. v. CITY OF NEW YORK.— Motion by defendant-appellant-respondent to dismiss appeal taken by plaintiffs-respondents-appellants from the order and judgment of the Supreme Court, New York County, entered March 24, 1959 and October 28, 1959, respectively, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARIO J. CARIELLO et al. v. CITY OF NEW YORK.— Motion by plaintiffs-respondents-appellants to dismiss appeal taken by defendant-appellant-respondent from the order and judgment of the Supreme Court, New York County,